## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

YAHRONNE MCNEMERE
a/k/a "Tyronne McNemere"
ADC #141386                                                                      PLAINTIFF

V.                                    4:08CV00572 JLH/JTR

PAUL NORIS, et al.                                                               DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE, for failing to state a

claim upon which relief may be granted. Dismissal constitutes a "strike" as defined by 28 U.S.C.

§ 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 18th day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE